**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| YVONNE MUNN, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 6:17-CV-00396-RC |
| | § | JUDGE CLARK |
| v. | § | |
| | § | |
| NANCY A. BERRYHILL, | § | |
| | § | |
| Defendant. | § | |
| | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). On October 8, 2017, the Magistrate Judge issued a Report and Recommendation (Doc. No. 6) recommending that Defendant's Motion to Dismiss for Lack of Jurisdiction (Doc. No. 5) be granted. No objections to the Report and Recommendation have been presented for consideration within the proscribed time period for such objections. Having reviewed the findings and conclusions of the Magistrate Judge, the Court agrees with the Magistrate Judge.

Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. The Motion to Dismiss is **GRANTED** and it is accordingly **ORDERED** that the complaint is hereby **DISMISSED**.

**So Ordered and Signed**
Jan 10, 2018

_____
Ron Clark, United States District Judge